PROB 12A
(Revised 05/2011)

# United States District Court
для
## Middle District of Tennessee

### Report on Offender Under Supervision

Name of Offender: Timothy A. Thompson     Case Number: 1-08-00010-02

Name of Judicial Officer: Honorable Todd J. Campbell, U.S. District Judge

Date of Original Sentence: November 12, 2010

Original Offense(s): 21 U.S.C. § 846, Lesser Included Offense of Conspiracy to Distribute and Possess with Intent to Distribute 5 Grams or More of Methamphetamine

Original Sentence: 78 months' custody; 4 years' supervised release

Type of Supervision: Supervised Release     Date Supervision Commenced: January 16, 2014

Assistant U.S. Attorney: Brent A. Hannafan     Defense Attorney: Michael Terry and Stephanie Gore

---

The Court orders:

☒ No Action Necessary at this Time
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Considered this 11 day of Sept, 2014, and made a part of the records in the above case.

_____
Todd J. Campbell
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
James P. Perdue
Deputy Chief U.S. Probation Officer

Place     Nashville

Date     September 10, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | **The defendant shall not purchase, possess, use, distribute, or administer any controlled substance.** |

On September 10, 2014, the offender admitted during the submission of a urine specimen that he smoked methamphetamine three days prior to the urine test. He reported being under a great deal of stress which prompted the drug use.

---

### Compliance with Supervision Conditions and Prior Interventions:

The offender has been on active supervised release supervision since January 16, 2014. Mr. Thompson resides in Summertown, Tennessee and is employed with Trojan Labor as a temporary laborer. He has submitted 16 urine specimens since the beginning of supervision with only the most recent one being positive for methamphetamine.

Mr. Thompson has been referred to individual substance abuse treatment at Centerstone in Columbia, Tennessee. He will be required to attend weekly meetings and his urine testing is being increased.

### U.S. Probation Officer Recommendation:

The probation officer is requesting that no additional action be taken by the Court at this time. It is recommended that Mr. Thompson continue on supervised release with increased monitoring by the probation officer. Any additional violations will be promptly reported to the Court.

The U. S. Attorney's Office has been advised of the offender's noncompliance and are in agreement with this recommendation.

Approved: _____
James P. Perdue
Deputy Chief U.S. Probation Officer