PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Timothy A. Thompson        Case Number: 1-08-00010-02

Name of Judicial Officer: Honorable Todd J. Campbell, U. S. District Judge

Date of Original Sentence: November 12, 2010

Original Offense: 21 U.S.C. § 846, Lesser Included Offense of Conspiracy to Distribute and Possess with Intent to Distribute 5 Grams or More of Methamphetamine.

Original Sentence: 78 months' custody; 4 years' supervised release

Type of Supervision: Supervised Release    Date Supervision Commenced: January 16, 2014

Assistant U.S. Attorney: Brent A. Hannafan    Defense Attorney: Michael Terry and Stephanie Gore

---

**THE COURT ORDERS:**

☒ No Action at this time
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 24 day of Oct, 2014, and made a part of the records in the above case.

_Todd Campbell_
Todd J. Campbell
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_James P. Perdue_
James P. Perdue
Deputy Chief U.S. Probation Officer

Place    Nashville, Tennessee

Date    October 23, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1. **Shall not purchase, possess, use, distribute, or administer any controlled substance:**

    On October 20, 2014, the offender submitted a urine specimen which tested with positive results for the use of methamphetamine. Mr. Thompson admitted he had ingested the drug with a friend.

    On September 22, 2014, the offender submitted a urine specimen that tested with positive results for the use of methamphetamine. Mr. Thompson stated that he had not used any methamphetamine since September 17, 2014.

**Compliance with Supervision Conditions and Prior Interventions:**

This is the second report to the Court regarding the offender's use of methamphetamine. Mr. Thompson began supervision on January 16, 2014. He resides in Summertown, Tennessee and is still employed with Trojan Labor as a full time laborer. On October 21, 2014, the employer was contacted and it was reported he is a hard working dependable employee.

Mr. Thompson's outpatient treatment began on September 25, 2014, and he has attended his sessions each week. The offender was counseled regarding his abuse of methamphetamine and he acknowledged it has been using is it sporadically since 1973. He was offered inpatient treatment, however he is fearful of losing his job. Due to the fact outpatient treatment has been such a short duration we are willing to afford Mr. Thompson the opportunity to get his drug problem resolved with the outpatient program with the understanding that one more positive test could result with inpatient treatment or revocation proceedings would be pursued.

**U.S. Probation Officer Recommendation:**

At this time, the probation officer is requesting that no additional action be taken by the Court.

It is recommended Mr. Thompson continue on supervised release and undergo increased monitoring by the probation officer. He will continue with his outpatient treatment and submit to urine testing. Any additional violations will be reported to the Court in an expeditious manner.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____
James P. Perdue
Deputy Chief U.S. Probation Officer