PROB 12A
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Timothy A. Thompson    Case Number: 1:08-00010-02

Name of Judicial Officer: The Honorable Todd J. Campbell, U. S. District Judge

Date of Original Sentence: November 12, 2010, Revocation: June 15, 2015

Original Offense: 18 U.S.C. § 846, Lesser Included Offense of Conspiracy to Distribute and Posses with Intent to Distribute 5 Grams or More of Methamphetamine

Original Sentence: 78 months' custody; 4 years' supervised release, supervised release revoked, to serve 90 days followed by 12 months' supervised release.

Type of Supervision: Supervised Release    Date Supervision Re-commenced: July 29, 2015

Assistant U.S. Attorney: Brent A. Hannafan    Defense Attorney: Caryll Alpert

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 13 day of Nov, 2015, and made a part of the records in the above case.

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

Jon R. Hahn
U.S. Probation Officer

Todd J. Campbell
U. S. District Judge

Place    Columbia, Tennessee

Date    November 13, 2015

ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.  Nature of Noncompliance

1. **Shall not purchase, possess, use, distribute, or administer any controlled substance:**

   Timothy A. Thompson provided urine screens on October 20, 2015, and October 29, 2015. Mr. Thompson admitted both times that the screens would be positive for illegal substance use because he took methamphetamine. The urine screens were sent to the national lab, and both were confirmed positive for methamphetamine.

**Compliance with Supervision Conditions and Prior Interventions:**

Timothy A. Thompson is employed and resides in Lawrence County, Tennessee.

Mr. Thompson's term of supervised release was revoked on June 15, 2015, and he was ordered to serve 90 days followed by 12 months' supervised release. A condition of that release included 28 days inpatient treatment at Buffalo Valley, Inc., Hohenwald, Tennessee. He completed inpatient treatment on August 26, 2015, and is currently attending outpatient counseling. On October 19, 2015, the Court was notified of a positive urine screen. On October 23, 2015, Mr. Thompson's counselor recommended that he try medication to curb the effect of methamphetamine and an appointment with their doctor has been scheduled for November 18, 2015. A urine screen taken on November 2, 2015, was negative.

**U.S. Probation Officer Recommendation:**

It is recommended that Mr. Thompson be continued on supervised release.

The U.S. Attorney's Office is agreeable with this recommendation.

Approved: _____
Vidette Putman
Supervisory U.S. Probation Officer